# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:07-cr-00033-MR-3

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JEANNIE L. COSBY. ) | |

**THIS MATTER** is before the Court on the Defendant's "Motion to Correct Wrongful Sentencing Status" [Doc. 496].

In her motion, the Defendant moves the Court "to make the necessary correction in her file . . . to remove the statutory life sentence from her record." [Doc. 496 at 1]. On June 13, 2007, the Defendant pled guilty pursuant to a written plea agreement to one count of conspiracy to possess with intent to distribute between 50 and 150 grams of cocaine base. Prior to sentencing, the Government filed a notice pursuant to 21 U.S.C. § 851 of the Defendant's three prior felony drug convictions, which subjected her to a mandatory sentence of life imprisonment. [Doc. 95]. At her sentencing on October 31, 2007, the Defendant was found to be a career offender and sentenced pursuant to U.S.S.G. § 4B1.1. The Defendant, however, received a sentence below the mandatory statutory

minimum because the Government moved for a downward departure pursuant to U.S.S.G. §5K1.1 based on substantial assistance. [Doc. 176]. The Defendant was ultimately sentenced to 168 months' imprisonment. [Doc. 185].

The Judgment in this case accurately reflects the Defendant's sentence of 168 months' imprisonment. The Defendant's motion to correct her "wrongful sentencing status" is therefore denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's "Motion to Correct Wrongful Sentencing Status" [Doc. 496] is **DENIED**.

**IT IS SO ORDERED**.

Signed: December 4, 2013

Martin Reidinger
United States District Judge