# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:07-cr-00033-MR-DLH-3

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>JEANNIE LARGENT COSBY, )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's letter, which the Court construes as a motion for early release. [Doc. 557].

In her letter, the Defendant asks the Court to consider her for early release. For grounds, the Defendant notes that "there are many new laws being implemented that allow for early release" and she asks that the Court "keep [her] in mind when these early release changes take effect." [Doc. 557 at 1].

Pursuant to 18 U.S.C. § 3582(c), the Court may reduce or modify a sentence only: (1) upon motion of the Director of the Bureau of Prisons, if certain extraordinary and compelling reasons so warrant; (2) under the express authority of Rule 35 of the Rules of Criminal Procedure, which

provides that the Court may correct a clear error in a sentence within 14 days after sentencing or reduce a sentence upon motion by the Government for the defendant's substantial assistance; or (3) when a defendant is sentenced to a term of imprisonment based upon a sentencing range that was subsequently lowered by the United States Sentencing Commission. See 18 U.S.C. § 3582(c). None of these circumstances are presented by the current motion.

If any change in the law occurs in the future, it will be incumbent upon the Defendant to file a motion seeking relief pursuant to that new law.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's letter [Doc. 557], which the Court construes as a motion for early release, is **DENIED.**

**IT IS SO ORDERED.**

Signed: November 2, 2015

Martin Reidinger
United States District Judge